# Court of Appeals
# of the State of Georgia

ATLANTA,   May 23, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1571.  HORACE DANIEL v. CITIMORTGAGE, INC., et al.**

Horace Daniel has appealed to this Court from a judgment purportedly entered against him in this dispossessory matter on October 26, 2011.  No such order appears in the record.  The only orders in the record are a writ of possession entered by the magistrate court and a subsequent order of the superior court to stay Daniel's eviction pending a hearing.  Daniel has now moved to transfer this case to superior court on the ground that it has not yet been reviewed there.

Daniel's motion to transfer is GRANTED.  This case is hereby TRANSFERRED to the Superior Court of DeKalb County for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/23/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*